**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 26, 2015

Hon. Glenn W. Devino
Assistant District Attorney
100 N. Closner, 4th Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Oscar Rene Flores
Attorney at Law
1308 South 10th Ave.
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00229-CR
Tr.Ct.No. CR-2156-12-D
Style:    THE STATE OF TEXAS v. LORENZO REYES JR.

The above-referenced cause has been set for submission without oral argument on Thursday, March 19, 2015, before a panel consisting of Justice Dori Contreras Garza, Justice Gina M. Benavides, and Justice Gregory T. Perkes.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch